**Fill in this information to identify the case:**

Debtor 1: ARTHUR C SCHAUER

Debtor 2 (Spouse, if filing): ROSEMARIE A SCHAUER

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 11-20636

# Form 4100R
## Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: BMO Harris Bank N.A.

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 9 5 9 4

Property address: 16851 S. Morel Street
Lockport, IL 60441

### Part 2: Prepetition Default Payments

Check one:

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.    **No Arrears at Time of Filing**

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

■ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 03 / 01 / 2017

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. Total. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    __ / __ / ____

Form 4100R            Response to Notice of Final Cure Payment            page 1

Debtor 1  ARTHUR C SCHAUER
First Name   Middle Name   Last Name

Case number (if known) 11-20636

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☒ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ Lourdes Chevrez
Signature

Date 02/06/2017

Print  Lourdes   Chevrez
First Name   Middle Name   Last Name

Title  Bankruptcy Specialist

Company  BMO Harris Bank N.A.

If different from the notice address listed on the proof of claim to which this response applies:

Address  PO BOX 2035
Number   Street

Milwaukee   WI   53201
City   State   ZIP Code

Contact phone  ( 866 ) 280 - 8434

Email  bankruptcy@bmo.com

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

IN RE:   RESPONSE TO NOTICE OF FINAL CURE

CASE NO. **11-20636**

Debtor: **Arthur C Schauer and Rosemarie A Schauer**

CHAPTER: 13

## CERTIFICATE OF SERVICE

I do hereby certify that I have this February 6, 2017, served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

**Arthur C Schauer**
**Rosemarie A Schauer**
16851 S. Morel Street
Lockport, IL 60441

**John C Dent Ltd**
1000 S. Hamilton
Suite D
Lockport, IL 60441

**Trustee Glenn B Stearns**
801 Warrenville Road
Suite 650
Lisle, IL 60532

BMO Harris Bank, N.A.
By: _Lourdes Cheuraz_
Bankruptcy Specialist

PO BOX 2035
MILWAUKEE, WI 53201
(866)280-8434 Option #2